District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MINAKSHI NOORI,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>　　　　　　Defendants. | Case No. 2:23-cv-01942-RSM<br><br>STIPULATED MOTION TO DISMISS AND ORDER<br><br>Noted for Consideration:<br>March 7, 2024 |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiff brought this litigation pursuant to the Administrative Procedure Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate Plaintiff's Form I-589, Application for Asylum and for Withholding of Removal. USCIS has adjudicated Plaintiff's Form I-589 and this case is now moot.

//

//

//

//

DATED this 7th day of March, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | O'SULLIVAN LAW OFFICE |
| */s/Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Email:  michelle.lambert@usdoj.gov<br><br>*Attorneys for Defendants* | *s/Jane Marie O'Sullivan*<br>JANE MARIE O'SULLIVAN, WSBA #34486<br>2417 Pacific Avenue SE, 2nd Floor<br>Olympia, Washington 98501<br>Phone: (206) 340-9980<br>Email:  jane@osullivanlawoffice.com<br><br>*Attorney for Plaintiff* |

***I certify that this memorandum contains 74 words, in compliance with the Local Civil Rules.***

STIPULATED MOTION TO DISMISS
[Case No. 2:23-cv-01942-RSM] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**ORDER**

It is so **ORDERED**. The case is dismissed without prejudice.

DATED this 8th day of March, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO DISMISS
[Case No. 2:23-cv-01942-RSM] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800